1817.

MATTER OF
COSTER

[ * 503 ]

## In the matter of JOHN G. COSTER.

Where, on a sale of mortgaged premises under a decree, the bond is fully paid, the obligor is entitled to have the bond and mortgage delivered up to him and cancelled.

The obligee, or purchaser of the mortgaged premises, is not entitled to retain them in his hands for his own convenience, or for greater security of his title under the decree, without the assent of the obligor.

But a *third* person, who pays off mortgage debts, for his own security, may be substituted in the place of the obligor, or mortgagor, and retain the bond and mortgage.

THE petitioner stated, that on the 18th of *April* last, he purchased the building called *Washington Hall*, under a decree of this Court. That *Isaac Sebring*, and four other persons, as trustees of the stockholders of the said hall, mortgaged the premises to *Henry A. Coster*, to secure the payment of a bond executed by the said *Isaac Sebring*, for the payment of 25,000 dollars. That the trustees mortgaged the premises to *John Van Vechten*, for the use and indemnity of *Sebring*. That the premises were sold under a bill and decree, in favor of the said *Van Vechten* and *Sebring*, in which suit *Henry A. Coster* was made a defendant; and upon such sale, the bond has been fully paid. That to

388

render the title of the petitioner, under the decree, *more
secure, he wishes to obtain from *Henry A. Coster* an as-
signment of the bond and mortgage; but *Sebring* objects to
it, as it regards the bond, though the petitioner is willing
the assignment should be so made, that *Sebring* and his
representatives can never become answerable.

He prayed, therefore, for an order for the assignment of
the bond and mortgage, as the Court might direct.

*Riggs*, for the petitioner.

*Boyd*, contra.

THE CHANCELLOR.  The obligor, having discharged his
bond, is entitled to have it delivered up and cancelled.
Neither the obligee, nor any other person, is entitled to re-
tain it, for their convenience, without his assent.  As there
is no objection by the mortgagee to the assignment of the
mortgage, the petitioner may take it; but the bond must be
delivered up to the obligor, to whom it now belongs; and,
if it had been insisted, the mortgage must have, also, been
delivered up to him.  A third person, discharging a bond and
mortgage for his own safety, may be substituted, but when
the maker discharges them, he is clearly entitled to have the
instruments cancelled.  The prayer of the petition is so far
denied.

Petition denied.
389